1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5 |
Attorney for Defendant
6 | AGUSTINE TORRES BELTRAN

7 |

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,        ) No. CR-S-08-326 FCD
                                     )
12 |              Plaintiff,          ) STIPULATION AND ORDER TO PRODUCE
                                     ) METHAMPHETAMINE SAMPLE TO DEFENSE
13 |      v.                          ) EXPERT FOR TESTING PURSUANT TO
                                     ) FEDERAL RULE OF CRIMINAL
14 | AGUSTINE TORRES BELTRAN,         ) PROCEDURE 16(a)(1)(E)
                                     )
15 |              Defendant.          )
                                     )
16 | _____ ) Judge: Hon. Frank C. Damrell, Jr.

17 |

18 |       Defendant, United States of America, by his counsel, Chief

19 | Assistant Federal Defender Linda C. Harter, and Plaintiff, United

20 | States of America, by its counsel, Jill M. Thomas, hereby stipulate and

21 | agree to the following:

22 |       1.  The government will produce the methamphetamine confiscated in

23 | this case and listed as exhibits 1 - 5 on page 5 of the discovery to be

24 | tested for net weight and purity by an expert hired by the defense.

25 |       2.  Pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal

26 | Procedure, the government shall allow the defense to independently

27 | inspect and analyze a representative sample from the above listed drug

28 | exhibits.

1       3.   A Drug Enforcement Administration ("DEA") Special Agent or

2   Task Force Office shall deliver the drug exhibits identified above to

3   Judith Stewart, Senior Forensic Toxicologist, DEA License No.

4   RF0193778, of Forensic Analytical Science, Inc. located at 3777 Depot

5   Road 409, Hayward, California 94545, telephone number (510) 266-8100.

6   The DEA shall arrange for such delivery as soon as practical and shall

7   arrange for the deliver with Judith Stewart and/or Forensic Analytical

8   Science, Inc.

9       4.   Upon delivery of the above-listed drug exhibits to the defense

10  expert, a DEA Special Agent or Task Force Officer shall be present when

11  the defense expert inspects, weighs, and removes representative samples

12  from the above-listed drug exhibits for analysis.   The representative

13  samples shall be in the amount of 500 mg or not more than one-half the

14  current reserve weight from each exhibit.   The weight of each

15  representative sample taken shall be documented and signed by the

16  defense expert and provided to the DEA Special Agent or Task Force

17  Officer in attendance.   Upon the completion of the sample removal and

18  weighing, the defense expert shall, forthwith return the remaining

19  above-listed drug exhibit to the DEA Agent or Task Force Officer in

20  attendance.

21      5.   The defense expert shall conduct the qualitative analysis of

22  the samples agreed to in this stipulation and shall provide the

23  Government with a Declaration under penalty of perjury, executed by the

24  individual who conducted the analysis, or the head of the facility

25  where the analysis occurred, which states the quantity of each exhibit

26  sample returned to the Government, or a statement that all sample was

27  consumed during testing.

28      6.   All remaining sample material, if there is any remaining after

Stipulation Re: Discovery              -2-

1  testing, is to be returned by Judith Stewart or Forensic Analytical

2  Science, Inc. to the DEA at whatever address is supplied by the Agent

3  or Task Force Office who delivers the sample, by registered U.S. mail,

4  return receipt requested, or approved commercial carrier, within five

5  (5) business days after the completion of the analysis.

6      7.   The defense agrees to provide the Government with a copy of

7  the results or reports of the tests performed by the defense expert as

8  provided Rule 16(b)(1)(B) of the Federal Rules of Criminal Procedure.

9      8.   Finally, the defense expert, Judith Stewart, is to safeguard

10  the representative sample received, preserving the chain of custody in

11  a manner to faithfully protect the integrity of the exhibit received.

12  Dated:  February 12, 2009            Respectfully submitted,

13                                       DANIEL J. BRODERICK
                                         Federal Defender

14

15                                       /s/ Linda C. Harter
                                         LINDA C. HARTER

16                                       Chief Assistant Federal Defender
                                         Attorney for Defendant

17                                       AGUSTINE TORRES BELTRAN

18

                                         LAWRENCE G. BROWN

19                                       Acting United States Attorney

20

                                         /s/ Linda C. Harter for

21                                       Jill Thomas
                                         Assistant United States Attorney

22

23                                  **ORDER**

24      Based upon the stipulation of counsel set forth above, the Court

25  adopts the stipulations.

26      **IT IS SO ORDERED**.

27  Dated: February 22, 2009

28                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE

Stipulation Re: Discovery            -3-