```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.S-08-326-FCD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER RESETTING |
| | ) STATUS CONFERENCE/MOTION, |
| v. | ) HEARING, AND EXCLUDING TIME UNDER |
| | ) THE SPEEDY TRIAL ACT |
| | ) |
| AUGUSTIN TORRES BELTRAN | ) |
| | ) |
| Defendant. | ) |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and Jill M. Thomas, Assistant United States Attorney, and defendant Augustin Torres Beltran, through his counsel of record, Linda Harter, Esq., hereby stipulate and agree that the status conference/motion hearing set for March 23, 2009, be continued to April 13, 2009, at 10:00 a.m.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of April 13, 2009, at 10:00 a.m., for the status conference/motion hearing.

1

Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United States Code section 3161(h)(8)(B)(iv), to give the defendant time to further review the discovery and to adequately prepare

IT IS SO STIPULATED.

                                            LAWRENCE G. BROWN
                                            Acting United States Attorney

Dated: March 18, 2009        By:  <u>/s/ Jill M. Thomas</u>
                                                JILL M. THOMAS
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

DATED: March 18, 2009        By:  <u>/s/ Linda Harter</u>
                                                LINDA HARTER
                                                Attorney for Defendant
                                                AUGUSTIN TORRES BELTRAN

_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference/motion hearing as set forth above.

The Court finds excludable time as set forth above to and including April 13, 2009.

**IT IS SO ORDERED.**

DATED: March 18, 2009

                                                _____
                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE